# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAREN BRONSON,<br><br>　　　　Defendant.<br>――――――――――――――――<br>KAREN BRONSON,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　Counterclaim Defendant. | Case No. CV11-05292 CAS (FMOx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND TO RETAIN JURISDICTION OVER THE SETTLEMENT FOR 120 DAYS**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)] |

1

**ORDER OF DISMISSAL**

31655590

## ORDER

In accordance with the parties' stipulation, the Complaint and Counterclaim in above-captioned action are DISMISSED WITH PREJUDICE.  Each party shall bear its/her own attorney's fees and costs.  Per the parties' request, the Court shall retain jurisdiction over the settlement for a period of 120 days after entry of this Dismissal.

**IT IS SO ORDERED.**

Dated:  July 10, 2012

_____
The Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE